# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MONTEREY INC.,
d/b/a MONTEREY MILLS,

        Plaintiff,        Case No. 04-C-1012

        v.

SINY CORP,

        Defendant.

## ORDER

        In preparation for the evidentiary hearing to be held on April 29, 2005, the court ORDERS that on or before noon on April 28, 2005, the parties shall submit two color copies of all colored images submitted in connection with the pending motion for summary judgment. Because the court does not have color printers, the parties must submit two copies of all colored images filed during the pendency of this action.

        Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 27th day of April 2005.

        s/Thomas J. Curran
        THOMAS J. CURRAN
        United States District Judge