# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MONTEREY, INC. d/b/a
MONTEREY MILLS,

        Plaintiff,         Case No. 04-C-1012

        v.

SINY CORP. d/b/a
ROLLER FABRICS,

        Defendant.

## OPINION AND ORDER

Based upon the findings of fact and conclusions of law set forth upon the record of the hearing held in this case on April 29, 2005, the court ORDERS that the Defendant's "Motion for Summary Judgment of Non-Infringement" (filed February 28, 2005) IS DENIED.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 2nd day of May, 2005.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge