# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MONTEREY, INC., d/b/a
MONTEREY MILLS,

        Plaintiff,        Case No. 04-C-1012

        v.

SINY CORP. d/b/a
ROLLER FABRICS,

        Defendant.

## OPINION AND ORDER

The court ORDERS that the parties' Stipulated Motion to Stay Proceedings" (filed June 16, 2005) IS GRANTED. The hearing scheduled for June 24, 2005, is removed from the court's calendar. The parties shall notify the court on or before August 5, 2005, that they have resolved the issues in this action or they shall file their reply briefs on or before August 12, 2005.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 17th day of June, 2005.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge